**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900  Fax: 415.743.6910

| | |
|---|---|
| DANIEL WINE, ALLISON BLANK, SANDRA SION, and KEVIN SMITH, individually and on behalf of all others similarly situated;<br><br>*Plaintiffs*,<br><br>vs.<br><br>WUNDERKIND CORP., a Delaware corporation;<br><br>*Defendant*. | Case No.:  4:25-cv-10079-HSG |

**AMENDED ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is granted.

1.   On December 22, 2025, Defendant shall file its motion to transfer this action to the Southern District of New York ("Motion to Transfer") and Plaintiffs shall file their motion for remand ("Motion for Remand").

2.   On January 21, 2026, Plaintiffs shall file any opposition to the Motion to Transfer and Defendant shall file any opposition to the Motion for Remand.

3.   On February 4, 2026, Defendant shall file any reply to the Motion to Transfer and Plaintiffs shall file any reply to the Motion for Remand.

4.   The parties shall confer and notice their respective motions for a mutually agreeable date and consistent with the Court's standing order.

5.   Defendant's time to answer, file a Rule 12 motion to dismiss, or otherwise respond to the Complaint is stayed pending resolution of Defendant's Motion to Transfer and Plaintiffs' Motion to Remand.

Date:    12/18/2025

By: _Haywood S. Gill, Jr._
United States District Judge

- 5 -

STIPULATION AND AMENDED ORDER CONCERNING SEQUENCING OF FORTHCOMING MOTIONS