**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL WINE, ALLISON BLANK, SANDRA SION, and KEVIN SMITH, individually and on behalf of all others similarly situated; | Case No.: 4:25-cv-10079-HSG |
| *Plaintiffs*, | |
| vs. | |
| WUNDERKIND CORP., a Delaware corporation; | |
| *Defendant*. | |

**ORDER**

GOOD CAUSE APPEARING, the parties' motion to stay the case management conference and related deadlines is granted.

1.    The case management conference scheduled for February 24, 2026 and all case deadlines provided within the Court's December 16, 2025 Notice are stayed pending resolution of Defendant's Motion to Transfer.

Date:   1/5/2026

By: _____
United States District Judge

JOINT MOTION TO STAY
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910